# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KENNETH RANDOLPH PATTERSON,<br>*Petitioner,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>*Respondent.* | Docket No. 1:16-cv-00162-MR<br>(Related Case No. 2:91-cr-00081-MR-1) |

## NOTICE OF APPEAL

Kenneth Randolph Patterson, through undersigned counsel, gives notice, under Rules 4(a) and 22 of the Federal Rules of Appellate Procedure and Rule 11 of the Rules Governing Section 2255 Proceedings, that he is appealing the Order and Judgment entered by the Honorable Judge Martin Reidinger on November 15, 2018, to the United States Court of Appeals for the Fourth Circuit and that he is requesting a Certificate of Appealability.

Counsel plans to continue representing Patterson on appeal and requests that this appeal be set on a formal briefing schedule.

This, the 3rd day of January, 2019

/s/ Joshua B. Carpenter
Appellate Chief
Federal Public Defender
Western District of North Carolina
One Page Avenue, Suite 210
Asheville, NC 28801
(828) 232-9992

/s/ Jared P. Martin
Assistant Federal Public Defender
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 (Fax)
jared_p_martin@fd.org
N.C. State Bar Number 50337

Attorneys for Petitioner

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2019, I served a true and correct copy of the foregoing on the government's counsel of record by CM/ECF.

/s/ Jared P. Martin
Assistant Federal Public Defender
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 (Fax)
jared_p_martin@fd.org
N.C. State Bar Number 50337